

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.  NO. 3:14-MJ-00616

GINA SPRATLING

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Gina Spratling**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10 + year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_ Felony involving a minor victim

   \_\_\_\_ Felony involving a firearm, destructive device, or any other
   dangerous weapon

   \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    _____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States ~~will~~/will not invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

DATED this __29th__ day of __August__, 2014.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Mark T. Pittman*

MARK T. PITTMAN
Special Assistant United States Attorney
Bar No. 24013338
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8662
Facsimile: 214-767-4100
Email: mark.pittman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __29th__ day of __August__, 2014.

*/s/ Mark T. Pittman*

MARK T. PITTMAN
Special Assistant United States Attorney